| AO 91 (Rev. 11/11) Criminal Complaint | AUSA: Frances Carlson | Telephone: (313) 226-9100 |
|---|---|---|
| | Special Agent: Eli Bowers | Telephone: (313) 965-2323 |

# UNITED STATES DISTRICT COURT
for the
Eastern District of Michigan

United States of America
v.
Isaac Ethan Lopez

Case No.

Case: 2:25−mj−30524
Assigned To : Unassigned
Assign. Date : 8/18/2025
Description: RE: ISAAC ETHAN LOPEZ (EOB)

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of  September 2024 - March 2025  in the county of  Wayne  in the  Eastern  District of  Michigan , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 2252A(a)(2) | Receipt of child pornography. |
| 18 U.S.C. § 2252A(a)(5) | Possession of child pornography. |
| 18 U.S.C. § 2251(a) | Production of child pornography. |

This criminal complaint is based on these facts:
See attached affidavit.

☑ Continued on the attached sheet.

_____
Complainant's signature

Eli Bowers, Special Agent-FBI
*Printed name and title*

Sworn to before me and signed in my presence
and/or by reliable electronic means.

Date: August 18, 2025

_____
Judge's signature

City and state: Detroit, Michigan

Hon. David R. Grand, United States Magistrate Judge
*Printed name and title*

# AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT AND ARREST WARRANT

I, Eli Bowers, a Special Agent with the Federal Bureau of Investigation (FBI), being duly sworn, depose and state as follows:

## INTRODUCTION AND AGENT BACKGROUND

1. I have been employed as a Special Agent of the Federal Bureau of Investigation (FBI) since 2015 and am currently assigned to the FBI Detroit Division. Prior to being employed by the FBI, I was employed as a Park Ranger with the National Park Service for approximately six years, where my duties included the enforcement and investigation of federal crimes. While employed by the FBI, I have investigated numerous federal criminal violations related to child exploitation and child pornography. I have received training in investigating internet fraud, computer intrusions, and matters involving the online sexual exploitation of children. I have gained experience through training at the FBI Academy, post Academy training, and everyday work related to conducting these types of investigations.

2. I have received training in the area of child pornography and child exploitation and have had the opportunity to observe and review numerous examples of child pornography (as defined in 18 U.S.C. § 2256) in all forms of media, including computer media. Moreover, I am a federal law enforcement

1

officer who is engaged in enforcing criminal laws, including 18 U.S.C. § 2252A. I am authorized by law to request an arrest warrant.

3. This affidavit is submitted in support of a criminal complaint and arrest warrant for ISAAC ETHAN LOPEZ for violations of 18 U.S.C. § 2252A(a)(2) (receipt of child pornography), 18 U.S.C. § 2252A(a)(5) (possession of child pornography), and U.S.C. § 2251(a) (production of child pornography).

4. The statements contained in this affidavit are based in part on my personal observations, information provided by other law enforcement officers, written reports about this and other investigations that I have received, directly or indirectly, from other law enforcement agents, information gathered from investigative sources of information, and my experience, training, and background as a Special Agent.

5. This affidavit is submitted for the limited purpose of securing a complaint and an arrest warrant. I have not included every fact known to me concerning this investigation. Instead, I have set forth only the facts that I believe are necessary to establish probable cause that LOPEZ has committed the offenses listed above.

## PROBABLE CAUSE

6. In February 2025, a 13-year-old girl, hereinafter Minor Victim 1 (MV1), and her parents made a report to a local police department in Arizona. MV1

reported that she had sent nude images of herself for money to two different individuals via Internet-enabled applications.

7. In March 2025, MV1 was forensically interviewed. The following is a summary of her pertinent statements from the interview:

    a. MV1 sent nude images and videos of herself to two individuals in exchange for money. One of the individuals was named Isaac.

    b. Isaac initiated contact with MV1 via the Chat application, Snapchat. He asked her if MV1 wanted to make some money to send him images and videos, to which she agreed.

    c. MV1 sent Isaac images and videos in which she was nude. Some of these images and videos depicted MV1 with her genitals exposed. For instance, one video panned from her lower body and genitals towards her head while she was not wearing clothing.

    d. Isaac sent at least one image of his penis to MV1.

    e. Isaac would ask for specific photographs to be taken, which MV1 would produce at his request.

    f. Isaac asked her about her age in a conversation on Snapchat, to which she replied "13." He replied "okay" and then asked for additional pictures of her.

3

  g. Payment from Isaac was sent via Apple Cash. To use Apple cash, MV1 provided Isaac her phone number which was linked to her payment account.

  h. MV1 had last received payments from Isaac at the end of 2024.

8. The above statements made by MV1 show that the individual later identified as Isaac LOPEZ, caused MV1 to produce sexually explicit images and videos of herself, some of which appear to meet the federal definition of child pornography. The images and videos were produced at LOPEZ's request in exchange for money which LOPEZ would send via electronic payment.

9. Snapchat is an application that allows text communication and the sharing of images and videos. The signature feature of Snapchat is that the media and text communications shared with individuals or groups will disappear after a set time established by the sharer of the media. Snapchat uses the internet, which is a facility of interstate commerce.

10. MV1's cellular phone was turned over to local police, and consent was given to investigators to search the device. Although no chats were observed between MV1 and LOPEZ, financial transaction data was observed which corresponded to the information provided by MV1 in her interview. The information observed by investigators showed an individual utilizing the email address

xIsaacLop@yahoo.com and xIsaacooper@gmail.com, sent MV1 a total of $580 over the course of 12 transactions from November 12 to December 27, 2024.

11. In May 2025, a detective from the Chandler Police Department received the content of MV1's and the related subject's Snapchat accounts, pursuant to a search warrants for MV1's Snapchat account and any Snapchat accounts associated with xIsaacLop@yahoo.com and xIssacooper@gmail.com. There was no Snapchat account associated with the yahoo.com email address, however the subscriber information of the Snapchat account associated with email address xIsaacooper@gmail.com is summarized as follows:

- Phone: ***-***-4568
- Creation Internet Protocol (IP) Address: 68.60.68.70 (02-09-2025 03:53:41 UTC)

12. Based on the fact that this Snapchat account was created after the solicitation of nude images by LOPEZ, I believe that this is not the account that LOPEZ was using to communicate with MV1 and that LOPEZ likely had a Snapchat account associated with a different email address that has not yet been identified and is still being investigated.

13. Also in May 2025, pursuant to a search warrant obtained by Chandler Arizona detectives, information was provided by Green Dot Bank, who is the ApplePay/AppleCash service provider. The search warrant requested information about the financial activity in MV1's account. The information provided by Green

5

Dot showed a more complete transaction history between LOPEZ and MV1. 15 transactions were observed between September 18 and December 27, 2024, which totaled $640 being sent to MV1 by LOPEZ. These transactions included the ones previously observed on MV1's cellular device. Green Dot also provided detailed subscriber information for LOPEZ which is summarized as follows:

- Name: Isaac Lopez
- Social Security Number: \*\*\*-\*\*-2619
- Phone: \*\*\*-\*\*\*-5032
- Address: 1\*\*\*\* Fort St Apt \*\*\*, Riverview, MI 48193

[The *complete SSN, phone number, and address were provided by the financial institution. They are known to investigators but have been obscured from this document.*]

14.  The above-mentioned address on Fort Street in Riverview, MI, was LOPEZ's previous address until approximately September 2024. Although LOPEZ listed his current address of 52 Walnut St., River Rouge, MI as his address with the Secretary of State in January 2025, additional open-source database queries revealed that the Walnut Street address has been associated with LOPEZ through credit reporting and bank records since September 2024.

15.  In August 2025, the FBI received subscriber information from Comcast, pursuant to an Administrative Subpoena, related to the IP address used to access the Snapchat account utilized by Isaac LOPEZ. Subscriber information for the Comcast Internet account was as follows:

6

> **68.60.68.70 (02-09-2025 03:53:41 UTC)**
> Name: Isaac Lopez
> Service Address: 52 Walnut St, River Rouge, MI 48218
> Email: isaaclopez21301@comcast.net

16. An Internet Protocol (IP) address is a number issued to a customer by an Internet Service Provider at a specific date and time. Similar to a phone number, an IP address is unique to an individual customer at a specific date and time. Internet Service Providers maintain logs of which customer was issued which IP address at any specific time.

17. In August 2025, the FBI received subscriber information from AT&T and T-Mobile, pursuant to Administrative Subpoenas, related to the two phone numbers associated with LOPEZ's Snapchat (number ending in 4568) and GreenDot/Apple Pay account (ending in 5032). The subscriber information received is as follows:

> **\*\*\*-\*\*-4568 (T-Mobile)**
> Name: Vrisa Lopez
> Address: 52 Walnut St, River Rouge, MI
> Service Date: 12/21/2024 to present
>
> **\*\*\*-\*\*-5032 (AT&T)**
> Name: Isaac Lopez
> Address: 52 Walnut St, River Rouge, MI
> Service Date: 05/24/2024 to 01/10/2025

18. As shown above, both phone numbers were registered to LOPEZ's home address. One number was registered to Isaac LOPEZ, and the other was registered to his mother.

7

19. Based on this and other information, a federal search warrant was obtained on August 15, 2025, in the Eastern District of Michigan, to search LOPEZ's residence. During the search of the residence, which occurred on August 18, 2025, multiple cellular devices were seized, and investigators interviewed LOPEZ.

20. After being advised of his *Miranda* rights, LOPEZ agreed to speak to investigators. The following is a summary of pertinent statements from the interview:

   a. LOPEZ remembered talking to MV1, requesting nude images and paying her for those images, but claimed to not know how old she was.

   b. At some point in their communication, MV1 told LOPEZ she got into trouble by her parents for sending images and videos to him

   c. LOPEZ and MV1 communicated on Snapchat before he was banned from Snapchat for unknown reasons

   d. LOPEZ admitted to paying MV1 for images and videos through Apple Pay, and identified the email address utilized by his Apple Pay account.

   e. LOPEZ told investigators they would "probably" find chats on his phone between him and girls under the age of 18.

When investigators reviewed the phone taken from LOPEZ during the search of his residence, they observed hundreds of images and videos from his "Hidden" folder that appeared to have been deleted when law enforcement began knocking on the door.  The folder contained sexually explicit images and videos of young girls, many of which meet the federal definition of child pornography. For example, one of the videos depicted a girl, approximately 13 years old, wearing white underwear, pulling down her underwear and exposing her anus and vagina to the camera.  The video, which was approximately 10 seconds long, was downloaded from the Snapchat application.

## CONCLUSION

21.     Based on the foregoing, there is probable cause to believe that Isaac Ethan LOPEZ violated 18 U.S.C. § 2252A(a)(2) (receipt of child pornography), 18 U.S.C. § 2252A(a)(5) (possession of child pornography), and U.S.C. § 2251(a) (production of child pornography).

Respectfully submitted,

_____
Eli Bowers, Special Agent
Federal Bureau of Investigation

Sworn to before me and signed in my presence
and/or by reliable electronic means.

_____
Hon. David R. Grand
United States Magistrate Judge

Date:   August 18, 2025

10